| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Darlene C. Vigil, CA SBN 223442<br>Barrett Daffin Frappier Treder & Weiss, LLP<br>3990 E. Concours Street, Suite 350<br>Ontario, CA 91764<br>Phone: (626) 371-7000; Fax: (972) 661-7709<br>Email: CDCAECF@BDFGROUP.COM<br>File No. 10595817<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendants | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

| In re:<br>Majed Fakhoury,<br><br><br>Debtor(s). | CASE NO.:         6:25-bk-15967-SY<br><br>ADVERSARY NO.:   6:25-ap-01104-SY<br><br>CHAPTER:          7 |
|---|---|
| Majed Fakhoury,<br><br><br><br>Plaintiff(s).<br>vs.<br>Wilmington Trust, National Association, Not in its Individual Capacity but Solely as Trustee of MFRA Trust 2015-2; Barrett Daffin Frappier Treder & Weiss, LLP,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:       12/04/2025<br>TIME:       9:30 a.m.<br>COURTROOM: 302<br>ADDRESS:    U.S. Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                            F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

On October 27, 2025 Defendants Wilmington Trust, National Association, Not in Its Individual Capacity but solelyas Trustee of MFRA Trust 2015-2 and Barrett Daffin Frappier Treder & Weiss, LLP responded to the Complaint by filing a Motion to Dismiss Plaintiff's Adversary Complaint (Dkt. #8).  At the present time, a hearing on the Motion to Dismiss has not yet been scheduled.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| | Do not anticipate trial.  Defendants anticipate this case will be resolved by the granting of Defendants' Motion to Dismiss. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|

3. When do you expect to complete <u>your</u> discovery efforts?

| Plaintiff | Defendant |
|---|---|
| | Do not anticipate discovery in this case.  Defendants anticipate this case will be resolved by the granting of the Defendants' Motion to Dismiss. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| | Do not anticipate trial.  Defendants anticipate this case will be resolved by the granting of the Defendants' Motion to Dismiss. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| | Do not anticipate trial.  Defendants anticipate this case will be resolved by the granting of Defendants' Motion to Dismiss. |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

|  Plaintiff  |  Defendant  |
|---|---|
|   | Do not anticipate trial. Defendants anticipate this case will be resolved by the granting of Defendants' Motion to Dismiss. |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested<br>Reasons: | Pretrial conference ☐ is ☒ is not requested<br>Reasons:<br>Do not anticipate trial. Defendants anticipate this case will be resolved by the granting of Defendants' Motion to Dismiss. |
| Plaintiff | Defendant |
| Pretrial conference should be set <u>after</u>:<br>(*date*) _____ | Pretrial conference should be set <u>after</u>:<br>(*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

F.  **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  | Plaintiff | Defendant |
|---|---|---|
|  | ☐ I do consent | ☒ I do consent |
|  | ☐ I do not consent | ☐ I do not consent |

to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. (Plaintiff)

to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. (Defendant)

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: (*Use additional page if necessary*)

Respectfully submitted,

Date:  11/20/2025

 Barrett Daffin Frappier Treder & Weiss, LLP
Printed name of law firm

 /s/ Darlene C. Vigil
Signature

 Darlene C. Vigil
Printed name

Attorney for: Defendants

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 4                                F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3990 E. Concours Street, Suite 350, Ontario, CA 91764

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/20/2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S Trustee/(RS):  ustpregion16.rs.ecf@usdoj.gov
Debtor's Attorney:  Benjamin Heston:  bhestonecf@gmail.com, benheston@recap.email,
    NexusBankruptcy@jubileebk.net
Chapter 7 Trustee :  Charles W. Daff:  charleswdaff@gmail.com, c122@ecfcbis.com
Attorney for Chapter 7 Trustee:  Tinho Mang:  tmang@marshackhays.com, tmang@ecf.courtdrive.com;
    alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/20/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:  Majed Fakhoury, 1243 Jacaranda Pl., Upland, CA 91784

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __11/20/2025__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2025 | Darlene C. Vigil | /s/ Darlene C. Vigil |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.