1  DARLENE C. VIGIL
State Bar No. 223442
2  BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3  3990 E. Concours Street, Suite 350
4  Ontario, California 91764
(626) 371-7000 – Phone
5  (972) 661-7726 - Fax
cdcaecf@bdfgroup.com
6  File No. 10595817

7  Attorneys for Defendants
8  WILMINGTON TRUST, NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY
9  AS TRUSTEE OF MFRA TRUST 2015-2 AND BARRETT
DAFFIN FRAPPIER TREDER & WEISS, LLP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re: | CASE NO.: 6:25-bk-15967-SY |
|---|---|
| MAJED FAKHOURY, | CHAPTER: 7 |
| Debtor. | ADV NO.: 6:25-ap-01104-SY |
| | |
| MAJED FAKHOURY, | NOTICE OF VOLUNTARY DISMISSAL NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES |
| Plaintiff. | |
| vs. | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-2; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP | |
| Defendants. | |

TO ALL INTERESTED PARTIES ENTITLED TO NOTICE:

NOTICE IS HEREBY GIVEN that Defendants WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF

1

1 | MFRA TRUST 2015-2 and BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, hereby

2 | voluntarily dismiss, without prejudice, its Notice of Amended Motion and Amended Motion to

3 | Dismiss Plaintiff's Complaint; Memorandum of Points and Authorities filed December 4, 2025, as

4 | Docket Entry No. 11, since it was filed using an incorrect docket event.

DATED: December 8, 2025                    Respectfully Submitted,

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

  */s/ Darlene C. Vigil*
DARLENE C. VIGIL
Attorneys for Defendants

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3990 E. Concours Street, Suite 350, Ontario, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF VOLUNTARY DISMISSAL NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/08/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S Trustee/(RS):  ustpregion16.rs.ecf@usdoj.gov
Debtor's Attorney:  Benjamin Heston:  bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
Chapter 7 Trustee :  Charles W. Daff:  charleswdaff@gmail.com, c122@ecfcbis.com
Attorney for Chapter 7 Trustee:  Tinho Mang:  tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 12/08/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:  Majed Fakhoury, 1243 Jacaranda Pl., Upland, CA 91784

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/08/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/08/2025 | DARLENE C. VIGIL | /s/ Darlene C. Vigil |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.