**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Thursday, December 4, 2025**                                                              Hearing Room    302

9:30 AM
**6:25-15967    Majed Fakhoury**                                                              **Chapter 7**
Adv#: 6:25-01104    Fakhoury v. Wilimington Trust, National Association, not in it

Telephonic Hearing

#13.00    STATUS CONFERENCE re: Complaint for:
(1) Willful Violation of the Automatic Stay
(2) Avoidance of Unauthorized Postpetition Transfer
(3) Turnover of Property of the Estate
(4) Declaratory Relief
(5) Injunctive Relief

**Another Summons Issued 9/26/25**

**Darlene C Vigil to appear by telephone (949)842-5048**
**Benjamin Heston to appear by telephone (949)312-1377**

Docket    1

**Matter Notes:**

Status Conference cont'd. to:    *4-16-26 @ 9:30am*

Joint Status Report due:    _____

Scheduling order to be
lodged by:    _____

Pretrial Conference set for:    _____

Joint Pretrial Stip due:    _____

Trial set for:    _____

Discovery cutoff:    _____

Last day to file pretrial motions:    _____

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, December 4, 2025**　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　302**

<u>9:30 AM</u>
**CONT...　　Majed Fakhoury**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**
　　　Motion for Default Judgment
　　　to be filed by:　　　　　　　　　_____

　　　Case to Mediation Yes: _____ or No: _____

　　　Order appointing Mediator to
　　　be lodged by:　　　　　　　　　_____

**Tentative Ruling:**

　　　APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

　　　Majed Fakhoury　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Defendant(s):**

　　　Wilimington Trust, National　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　　Darlene C Vigil

　　　Barrett Daffin Frappier Treder &　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　　Darlene C Vigil

**Plaintiff(s):**

　　　Majed Fakhoury　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Trustee(s):**

　　　Charles W Daff (TR)　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　　Tinho Mang