**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MAJED FAKHOURY,<br><br>Debtor.<br><hr><br>MAJED FAKHOURY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-2; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,<br><br>Defendants. | **Case No: 6:25-bk-15107-SY**<br><br>**Chapter 7**<br><br>**Adv. No: 6:25-ap-01104-SY**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Hearing:**<br>Date:  August 27, 2026<br>Time: 9:30 AM<br>Courtroom:  302<br>Location:  342 Twelfth Street<br>            Riverside, CA 92501 |

## RECITALS

1. On September 8, 2025, Plaintiff Majed Fakhoury ("Plaintiff") commenced this adversary proceeding (Adv. No. 6:25-ap-01104-SY) against Defendants Wilmington Trust, National Association, Not in Its Individual Capacity but Solely as Trustee of MFRA Trust 2015-2, and Barrett Daffin Frappier Treder & Weiss, LLP (collectively, "Defendants").

2. There is currently a related appeal pending before the United States Bankruptcy Appellate Panel of the Ninth Circuit (*In re Fakhoury*, BAP No. CC-25-1223) (the "Appeal") concerning the same Property and underlying issues.

1

3. Briefing is complete, and the appeal is now awaiting the BAP to set the matter for oral argument or submit it for decision on the briefs.

4. Undoubtedly, the outcome of the pending Appeal may be dispositive of, or significantly impact, the claims and defenses asserted in this adversary proceeding.

5. In the interest of judicial economy and to conserve the resources of the Court and the parties, the parties agree that it is appropriate to continue the upcoming status conference until the BAP has issued a ruling in the Appeal.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED:** by and between Plaintiff and Defendants, by and through their respective counsel:

1. The Status Conference currently scheduled for August 27, 2026 at 9:30 AM, shall be continued for approximately ninety (90) days to a date and time in or around December 2026, subject to the Court's calendar and availability.

2. The deadline for the parties to file a Joint Status Report shall be continued to be due fourteen (14) days prior to the newly scheduled Status Conference date.

3. All other deadlines in this adversary proceeding shall be tolled and extended correspondingly.

**IT IS SO STIPULATED.**

NEXUS BANKRUPTCY

Date: 8/11/2026

/s/Benjamin Heston

BENJAMIN HESTON,
Attorney for Plaintiff

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

Date: 8/11/2026

DARLENE VIGIL,
Attorney for Defendants

2

STIPULATION TO CONTINUE STATUS CONFERENCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/13/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email  addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Darlene C Vigil     cdcaecf@bdfgroup.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 8/13/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/13/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**