NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

FILED & ENTERED

AUG 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MAJED FAKHOURY,<br><br>        Debtor. | Case No: 6:25-bk-15967-SY<br><br>Chapter 7<br><br>Adv. No: 6:25-ap-01104-SY |
| MAJED FAKHOURY,<br><br>                    Plaintiff,<br><br>    v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity but solely as trustee of MFRA trust 2015-2; and BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,<br><br>                    Defendants. | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Hearing:<br>Date:  August 27, 2026<br>Time: 9:30 AM<br>Courtroom:  302<br>Location:  3420 Twelfth Street<br>          Riverside, CA 92501<br><br>Continued Hearing:<br>Date:  December 3, 2026<br>Time: 9:30 AM<br>Courtroom:  302<br>Location:  3420 Twelfth Street<br>          Riverside, CA 92501 |

The court has reviewed the Stipulation to Continue Status Conference ("Stipulation") [Docket no. 21] filed on August 13, 2026. For good cause shown,

ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE

**IT IS ORDERED** that the Stipulation is approved as follows:

1. The status conference set for August 27, 2026 at 9:30 a.m. is continued to December 3, 2026 at 9:30 a.m.

2. The parties shall file a joint status report no later than fourteen days before the continued status conference.

3. All deadlines in this adversary proceeding are tolled pending the continued status conference, and are extended correspondingly.

###

Date: August 14, 2026

Scott H. Yun
United States Bankruptcy Judge

2

ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE