United States Bankruptcy Court

Central District of California

Fakhoury,

Plaintiff

Adv. Proc. No. 25-01104-SY

Wilimington Trust, National Association,,

Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2

Date Rcvd: Aug 14, 2026 Form ID: pdf031 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Majed Fakhoury, 1243 Jacaranda Pl, Upland, CA 91784-7410 |
| dft | + | Wilimington Trust, National Association, not in it, 1100 N Market Street, Wilmington, DE 19801-1281 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | Email/Text: BNCnotices@bdfgroup.com | Aug 15 2026 02:19:00 | Barrett Daffin Frappier Treder & Weiss LLP, 3990 E Concours Street, Suite 350, Ontario, CA 91764 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Plaintiff Majed Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Darlene C Vigil | on behalf of Defendant Wilimington Trust National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2 cdcaecf@bdfgroup.com |

| | |
|---|---|
| Darlene C Vigil | on behalf of Defendant Barrett Daffin Frappier Treder & Weiss LLP cdcaecf@bdfgroup.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

FILED & ENTERED

AUG 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>MAJED FAKHOURY,<br><br>Debtor. | Case No: 6:25-bk-15967-SY<br><br>Chapter 7<br><br>Adv. No: 6:25-ap-01104-SY |
| MAJED FAKHOURY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity but solely as trustee of MFRA trust 2015-2; and BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,<br><br>Defendants. | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><u>Current Hearing:</u><br>Date: August 27, 2026<br>Time: 9:30 AM<br>Courtroom: 302<br>Location: 3420 Twelfth Street<br>Riverside, CA 92501<br><br><u>Continued Hearing:</u><br>Date: December 3, 2026<br>Time: 9:30 AM<br>Courtroom: 302<br>Location: 3420 Twelfth Street<br>Riverside, CA 92501 |

The court has reviewed the Stipulation to Continue Status Conference ("Stipulation") [Docket no. 21] filed on August 13, 2026. For good cause shown,

**IT IS ORDERED** that the Stipulation is approved as follows:

1. The status conference set for August 27, 2026 at 9:30 a.m. is continued to December 3, 2026 at 9:30 a.m.
2. The parties shall file a joint status report no later than fourteen days before the continued status conference.
3. All deadlines in this adversary proceeding are tolled pending the continued status conference, and are extended correspondingly.

###

Date: August 14, 2026

Scott H. Yun
United States Bankruptcy Judge