**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re:

MAJED FAKHOURY,

Debtor.

MAJED FAKHOURY,

Plaintiff,

v.

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-2; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,

Defendants.

**Case No: 6:25-bk-15107-SY**

**Chapter 7**

**Adv. No: 6:25-ap-01104-SY**

**STIPULATION TO CONTINUE STATUS CONFERENCE**

**Hearing:**
Date: December 3, 2026
Time: 9:30 AM
Courtroom: 302
Location: 3420 Twelfth Street
Riverside, CA 92501

**RECITALS**

1. Majed Fakhoury commenced this adversary proceeding on September 8, 2025 against Wilmington Trust, National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2, and Barrett Daffin Frappier Treder & Weiss, LLP.
2. The related appeal, Lisa Fakhoury v. Wilmington Trust, National Association, et al., BAP No. CC-25-1223-SGC, concerns the same property and overlapping issues. The Ninth Circuit Bankruptcy Appellate Panel heard argument and took the appeal under submission on November 12, 2026. Its decision remains pending.

3. The decision in the appellate court will narrow or resolve issues in this adversary proceeding. A continuance of approximately 60 days will give the BAP additional time to issue its ruling.

**STIPULATION**

Plaintiff and Defendants, through their respective counsel, stipulate as follows, subject to the Court's approval:

1. Continue the December 3, 2026 status conference for approximately 60 days, to February 4, 2027 at 9:30 AM, or to the first date thereafter available on the Court's calendar.
2. A joint status report is due 14 days prior to the continued hearing date.

**IT IS SO STIPULATED.**

NEXUS BANKRUPTCY

Date: 11/24/2026

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Plaintiff

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

Date: 11/24/2026

Darlene C. Vigil
DARLENE C. VIGIL,
Attorney for Defendants

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3090 Bristol Street #400
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO CONTINUE STATUS CONFERENCE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/24/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR) — notice-efile@rodan13.com
United States Trustee (RS) — ustpregion16.rs.ecf@usdoj.gov
Darlene C. Vigil, counsel for both Defendants — cdcaecf@bdfgroup.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/24/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside. CA 92501-3819

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/24/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |